HONORABLE JUDGE
LYNN N. HUGHES
UNITED STATES DISTRICK COURT
BOB CASEN BUILDING
515 RUSK AVENUE ROOM 5401
HOUSTON TEXAS 77002

EΔEN XIII-VII-MMV
CCA/ DETENTION CENTER
EΔEN TEΞAΣ

United States District Court
Southern District of Texas
Filed

AUG 0 1 2005

Michael N. Milby, Clerk

CR H-99-371

HONORABLE SEÑOR JUEZ.

DE CORAZON AGRADESCO SU AYUDA, SU CARIDAD, SU MISERICORDIA.

ENVIO FOTOCOPIAS DE LA PETICION DEL MINISTERIO DE JUSTICIA DE GRECIA,
AL DEPARTAMENTO DE JUSTICIA DE LOS U.S.A.
DONDE PIDEN MUY GENTILMENTE MI TRANSFERENCIA PARA UNA PRISION
DE GRECIA.

NOBLE SEÑOR HUMILDEMENTE CON EL DEBIDO RESPETO ME INCLINO ANTE USTED
DESEADOLE SALUD Y LARGA VIDA.

MUCHAS GRACIAS

Νικόλαος Παπαδημητρίου

83816-079

No. Φ09318/3750

**HELLENIC REPUBLIC**
**MINISTRY OF JUSTICE**
**2ND UNIFIED DIRECTORATE OF**
**CORRECTIONAL POLICY**                    Athens, 6th July 2004
**DIRECTORATE OF ADULTS' CORRECTIONAL EDUCATION**
**1ST DEPARTMENT**                          Reference No.: 80664

Post Address: No. 96 Messoghion St.         TO:
Post Code: 115 27                           The Ministry of Justice of the U.S.A.
Telefax: 210-77 67 458                      International Prison
Information: Georgi                         Transfer Unit
Tel.: 210 77 67 237                         Office of Enforcement
                                            Operations
                                            (For Mrs PA WOLF)
                                            Ben Franklin Building)
                                            P.P. Box 7600
                                            Washington D.C. 20044
                                            NOTIFICATION:
                                            1. Hellenic Embassy of Washington
                                            2. Hellenic general Consulate in Houston, Texas
                                            3. Mr. Nikolaos Papadimitriou
                                               83816 – 079 G 9-36
                                               CA/EDEN DETENTION CENTER
                                               P.O.BOX 605
                                               EDEN TEXAS 76837
                                               0605 U.S.A.

SUBJECT: "Request for transfer of the Greek prisoner, Nikolaos Papadimitriou, from the prisons EDEN TEXAS to Greek ones pursuant to the Convention of Strasburg concerning the transfer of convicts (21-3-83)".

RE.: 1) Your document, No. 64228/27-5-2000
     2) The prisoner's request for transfer dared 3-7-2004.



Further to our relevant document above, by which we asked for the transfer to Greek prisons, of the Greek prisoner Nikolaos Papadimitriou, who serves his sentence at the prisons EDEN-TEXAS and mentioned to his request for transfer dated 3-7-2004 (we read a photocopy), we kindly request you to re-examine the relevant petition and in a positive case, please send us the information required and mentioned in articles 6 paragraph 2 and 4 paragraph 3 of the Convention of Strasburg for the transfer of convicts.

Our Hellenic Embassy in Washington and the General Consulate in Houston, are kindly requested within the framework of their competencies, to offer their contribution as far as the forwarding of the required supporting documents for the transfer is concerned to our Ministry and by visiting the prisoner to help him solve any possible problems of his health, informing our service at the same time.

The Head of the Directorate
D. Koutsoukis

Internal Distribution:
Mr. Minister's office
(reference No.: 2028/8-7-2004)

True copy.
The Head of the Department
Sealed and sgd
p.p. (P. Georgi)

---

Translation from the attached Greek original.
The translator: Mitropoulou Elen
21st July 2004

R/TE
NIKOLAOS PAPADIMITRIOU
83816-079  F-08-142 L
P.O. BOX 605
I.C.A/EDEN DETENTION CENTER
EDEN TEXAS 76837-0605

LEGAL MAIL

77002-2600



HONORABLE JUDGE
LYNN N. HUGHES
UNITED STATES DISTRICK COURT
BOB CASEN BUILDING
515 RUSK AVENUE ROOM 5401
HOUSTON, TEXAS 77002